Howard B. MORROW, Appellant, v. UNITED STATES of America, Appellee.

No. 11923.

United States Court of Appeals Ninth Circuit.

Dec. 8, 1948.

Curtis & Curtis and Jesse W. Curtis, Jr., all of San Bernardino, Cal., for appellant.

James M. Carter, U. S. Atty., and Clyde C. Downing, and James C. R. McCall, Jr., Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before MATHEWS, STEPHENS, and BONE, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. NEW ERA SHIRT COMPANY and Piedmont, Mo., Chamber of Commerce.

No. 13833.

United States Court of Appeals Eighth Circuit.

Oct. 19, 1948.

David P. Findling, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Greensfelder, Hemker & Weise, of St. Louis, Mo., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation of parties filed with Board, and petition for enforcement.

Joseph F. SLABINSKI v. Richard J. LIPPINCOTT, Individually and Trading as Lippincott's Express, Appellant.

No. 9659.

United States Court of Appeals Third Circuit.

Argued Nov. 3, 1948.

Decided Nov. 26, 1948.

Raymond A White, Jr., of Philadelphia, Pa., for appellant.

Albert C. Gekoski, of Philadelphia, Pa., for appellee.

Before BIGGS, Chief Judge, and McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

Careful consideration of the points raised by the defendant has convinced us that the question of the plaintiff's alleged contributory negligence was a matter for the jury to decide. We are of the opinion also that the verdict of the jury in favor of the plaintiff was not capricious, was not against the credible evidence and was in accordance with the adequate charge of the trial court.

Accordingly the judgment appealed from will be affirmed.